Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
## for the
## Middle District of Louisiana
_____ Division

U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
FILED  MAR - 1 2024
CLERK

PAUL C. JONES

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

"SEE ATTACHED"

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ✓ Yes ☐ No

# COMPLAINT FOR A CIVIL CASE

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | PAUL C. JONES |
| Street Address | 153 N.17th Street |
| City and County | Baton Rouge, Parish Of East Baton Rouge |
| State and Zip Code | Louisiana 70802 |
| Telephone Number | 225-441-7280 |
| E-mail Address | pconjones!@yahoo.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | DEPARTMENT OF HEALTH |
| Job or Title *(if known)* | GOVERNMENT AGENCY |
| Street Address | 628 N. 4th Street |
| City and County | Baton Rouge, Parish of East Baton Rouge |
| State and Zip Code | Louisiana 70802 |
| Telephone Number | 225-342-9500 |
| E-mail Address *(if known)* | ldh.la.gov |

Defendant No. 2

| | |
|---|---|
| Name | EASTERN LOUISIANA MENTAL HEALTH SYSTEMS |
| Job or Title *(if known)* | OFFICE OF BEHAVORIAL HEALTH |
| Street Address | 4502 Highway 951 |
| City and County | Jackson |
| State and Zip Code | Louisiana 70748 |
| Telephone Number | 225-634-0216 |
| E-mail Address *(if known)* | unknown |

Defendant No. 3

| | |
|---|---|
| Name | TURN KEY HEALTH |
| Job or Title *(if known)* | CORPORATION/HEALTH CARE PROVIDER |
| Street Address | 900 NW 12th Street |
| City and County | Oklahoma City |
| State and Zip Code | Oklahoma 73106 |
| Telephone Number | 405-516-0276 |
| E-mail Address *(if known)* | turnkeyhealthclinics.com |

Defendant No. 4

| | |
|---|---|
| Name | BUREAU OF PROTECTIVE SERVICES |
| Job or Title *(if known)* | GOVERNMENT AGENCY/ADULT PROTECTIVE SERVICE |
| Street Address | 4615 Government Street |
| City and County | Baton Rouge-Parish of East Baton Rouge |
| State and Zip Code | Louisiana 70806 |
| Telephone Number | 225-922-2604 |
| E-mail Address *(if known)* | unknown |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question      [✓] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* Jon Echols , is a citizen of the State of *(name)* Oklahoma . Or is a citizen of *(foreign nation)* _____.

      b.    If the defendant is a corporation

The defendant, *(name)* Turn Key Health , is incorporated under the laws of the State of *(name)* Oklahoma , and has its principal place of business in the State of *(name)* Oklahoma .

Or is incorporated under the laws of *(foreign nation)* ,

and has its principal place of business in *(name)* Oklahoma City .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

See: "Affidavit Statement", attached; adopted and incorporated into this section as though fully stated herein.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See: "Affidavit Statement", attached; adopted and incorporated into this section as though fully stated herein.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

See: "Affidavit Statement", attached, adopted and incorporated into this section as though fully stated herein.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 02/03/2024

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: Paul C. Jones

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

## DEFENDANTS

1. Department of Health, Government Agency, 628 N. 4th Street Baton Rouge, Louisiana 70802;
2. Rebekah Gee, Former Secretary for Department of Health/State of Louisiana, 628 N. 4th Street Baton Rouge, Louisiana;
3. Eastern Louisiana Mental Health Systems (E.L.M.H.S.), Office of Behavorial Health, 4502 Highway 951 Jackson, Louisiana 70748;
4. Laura Lott, CEO for E.L.M.H.S., 4502 Highway 951 Jackson, Louisiana 70748;
5. Unknown Lieutenant for E.L.M.H.S., 4502 Highway 951 Jackson, Louisiana 70748;
6. Tunsha Harris, Nurse Manager for E.L.M.H.S., 4502 Highway 951 Jackson, Louisiana 70748;
7. Mr. Kelly, Correctional Guard Therapist for E.L.M.H.S., 4502 Highway 951 Jackson, Louisiana 70748;
8. Pamela Scott, Correctional Guard Therapist for E.L.M.H.S., 4502 Highway 951 Jackson, Louisiana 70748;
9. Richard B., Legal Rights Supervisor for E.L.M.H.S., 4502 Highway 951 Jackson, Louisiana 70748;
10. Bureau of Protective Services, Government Agency/Adult Protective Service- State of Louisiana 4615 Government Street Baton Rouge Louisiana 70806;
11. Chris Braggs, patient at E.L.M.H.S., 4502 Highway 951 Jackson, Louisiana 70748;
12. John Roberts III, psychiatrist at E.L.M.H.S. 4502 Highway 951 Jackson, Louisiana 70748;
13. Unknown Nurse Director for Turn Key Health, a corporation, 900 NW 12th Street Oklahoma City, Oklahoma 73106;
14. Mrs. Brown, Nurse Practitioner for Turn Key Health, 2867 Brig. General Issac Smith Avenue Scotlandville, Louisiana 70767;
15. Jon Echols, CEO for Turn Key Health, 900 NW 12th Street Oklahoma City, Oklahoma 73106

**STATE OF LOUISIANA**

**PARISH OF EAST BATON ROUGE**

# AFFIDAVIT STATEMENT

Before me the undersigned Notary Public, duly commissioned and qualified in and for the Parish of East Baton Rouge, State of Louisiana, personally came and appeared:

## Paul C. Jones

and of whom depose that: I, Paul C. Jones, referred to herein as "Affiant", volunteer the following information of my own free will, not under the influence of alcohol, drugs or medications, of sound mind and not under threat and made under penalty of perjury that I am a (44) forty-four years of age, a male, a citizen of the United States of America and the State of Louisiana.

On or about the first week of February 2022 I suffered a retinal detachment in the right eye which resulted in I being under the care of Stephen Breaud, MD.

On or about the 06th day of April, 2022 Dr. Breaud performed a vitrectomy, consisting of placing silicon oil in the right eye to repair the retinal detachment. Vision was improving and I was informed by Dr. Breaud that vision will improve more once silicon oil has been removed from eye. I followed up with Dr. Breaud at each appointment wherein the eye was examined with the prescription of medication. On or about the 04th day of November, 2022 I was scheduled to have surgery to remove the silicon oil from right eye

On or about the 24th day of October, 2022 I was booked by the B.R. City Police Department (B.R.C.P.D.) into the East Baton Rouge Parish Prison (E.B.R.P.P.) for allegedly committing an aggravated battery upon an unknown person. During the booking process, I informed intake nurse regarding the silicon oil in eye, eye drops and date of scheduled surgery. I continue to complain to nurses and staff regarding my eye condition, yet I received no treatment.

On or about the 15th day of December, 2022 I was ordered by Judge Tiffany L. Foxworth-Roberts to the Eastern Louisiana Mental Health Systems relative to competency involving the aggravated battery. In 2021 I was deemed competent by doctors and accepted by the Court. I was not afforded opportunity to exercise rights, not properly respected by appointed counsel and objections were ignored by the Court.

On the 23rd day of January, 2023 I was admitted into the Eastern Louisiana Mental Health Systems (E.L.M.H.S.) for evaluation and treatment. I was not prescribed any medication nor prescribed any after being discharged from the hospital. During this time, I informed staff that admittance was a "forced Court order", current medical conditions and outlined circumstances surrounding my admittance into the E.L.M.H.S. On this same date, I was assaulted by Chris Braggs who entered room without notice by myself. This incident was reported to staff, relayed to Bureau of Protective Services and complained of using the provided form. I filed multiple complaints during stay at E.L.M.H.S. regarding numerous concerns which little were processed by the Legal Rights Department. Some complaints were relative to other patients entering room or provoking an altercation.

On the 01st day of March, 2023 I was again assaulted by Chris Braggs on the day staff placed him back on tier. Correctional Guard Therapists (C.G.T.) were notified prior to the incident of previous assault and threat of harm, in particular Pamela Scott and other unknown white male. Nurse, only know as

"Shopaigne", was also notified of these concerns prior to the incident. Nurse "Shopaigne" stated "all of them were in their when I told them...they said just avoid him"; basically, I was "on my own". I was transported to Our Lady of the Lake in Baton Rouge for injuries related to assault. I suffered excruciating pain from jaw fractured in several places requiring surgery, permanent plate infused in jaw bone, misaligned/lose teeth, continuous tenderness of teeth on upper right side, special diet and damage to eye. At this time, I was provided the prescribed eye drops by O.L.O.L. staff for controlling eye pressure, steroid and decrease inflammation in eye after notifying O.L.O.L. staff of condition and being denied care by prison nurses.

About April 2023 I was released from E.L.M.H.S. to the E.B.R.P.P. wherein a few months after is when released from E.B.R.P.P. Since release from E.B.R.P.P. I have been following up with eye specialist and physicians. Eye Specialist have informed me of Optic Nerve damage, constant monitoring and treatment of glaucoma requiring several surgical procedures, permanent loss of vision, cataract and possible future surgery(ies) stemming from oil bubble and trauma to the eye. There still remains oil and fragments in the eye as well as high eye pressure in right eye.

These events have caused tremendous stress, depression and anxiety requiring sought treatment by therapist, psychiatrist and mental health advocates. I am currently taking medication for P.T.S.D., anxiety and depression.

Had Turn Key staff at E.B.R.P.P. provided a referral to appropriate person/department, properly evaluated concerns or set appointment with eye specialist then it's possible oil bubble would have been removed prior to incident.

Had E.L.M.H.S. provided a referral to appropriate person/department, properly evaluated concerns, set appointment with eye specialist, properly responded to complaints, offered proper housing/classification for patients, employed an effect discipline policy for aggressive patients, handled written complaints in appropriate fashion and provided an appropriate solution to in addressing claims of threats of being harmed by other patients then it's possible oil bubble would have been removed prior to incident and/or incident would have never occurred resulting in damages.

But for Department of Health failure of oversight, implementation of policy and failure to act after being aware of concerns arising within the E.L.M.H.S. such are reasons for being named as parties in this suit.

Many breaches occurred among those named in this suit whom owed a duty to myself and such duty was breached by those named herein.

Therefore, I am requesting an award in the amount of 10 million dollars for compensatory damages, consequential damages, punitive damages and such other damages applicable to these set of circumstances. Also, request for opportunity to amend Complaint after discovery to include additional claims and defendants in this matter.

I, Paul C. Jones, Affiant, do hereby attest the above and foregoing is true and correct; being made under penalty of perjury.

Done and Signed this 29th day of February, 2024 in Baton Rouge, Louisiana.

_____
Paul C Jones/Affiant

NOTARY PUBLIC AND WITNESSES ARE UNAVAILABLE AT THIS TIME