UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| PAUL C. JONES | * | CIVIL ACTION |
| --- | --- | --- |
| Plaintiff | * | NO.: 24-cv-00178-JWD-RLB |
| VERSUS | * | |
| DEPARTMENT OF HEALTH | * | JUDGE DEGRAVELLES |
| Defendants | * | MAG. BOURGEOIS, JR. |

**ANSWER, AFFIRMATIVE DEFENSES, AND DEMAND FOR JURY TRIAL**

**NOW INTO COURT**, through undersigned counsel, comes Turn Key Health Clinic and Joyce Brown, NP ("Defendant"), and for its Answer, Affirmative Defenses, and Demand for Jury Trial sets forth the following in response to Plaintiff's Complaint.

**PARTIES**

1. The allegations of Paragraph 1 are denied for lack of information sufficient to justify a belief therein. Defendant demands strict proof of Plaintiffs' capacity to proceed.

**JURISDICTION**

2. Defendant does not contest jurisdiction in the Eastern District. The remaining allegations of Paragraph 2 are denied.

## STATEMENT OF CLAIM

3. The allegations of Paragraph 3 and the "Affidavit Statement" are denied in their entirety. Defendants affirmatively plead that the care and treatment provided met the applicable standard of care in every respect for medical care and treatment in the correctional environment.

## RELIEF

4. The allegations of Paragraph 4 and the "Affidavit Statement" are denied.

## AFFIRMATIVE DEFENSES

AND NOW FURTHER ANSWERING, Defendants set forth the following affirmative defenses that may prove applicable.

## FIRST DEFENSE

1. Plaintiff failed to state a claim upon which relief can be granted.

## SECOND DEFENSE

2. Any damage alleged by Plaintiff was caused or contributed to by Plaintiff's fault or want of due care and any recovery should be precluded.

## THIRD DEFENSE

3. Any damage alleged by Plaintiff was caused or contributed to by the fault, negligence or want of due care, breach of contract, express or implied, of other persons, businesses, entities or corporations for whom these Defendants are not legally responsible.

## FOURTH DEFENSE

4. In the alternative, if it is found that damages complained of were caused or contributed to by the fault of these Defendants, which is specifically denied, Defendants plead the comparative fault of Plaintiff and/or other persons, businesses, entities, or corporations for

whom these Defendants are not legally responsible, and these Defendants are entitled to have any reward or recovery due Plaintiff mitigated or reduced accordingly.

**FIFTH DEFENSE**

5. Defendants plead all benefits and immunities afforded to it pursuant to La. R.S. 9:2798.1 for discretionary acts made within the course and scope of their duties.

**SIXTH DEFENSE**

6. Defendants plead all benefits and immunities afforded to it pursuant to La. R.S. 13:5106, expressly including, but in no way limited to the statutory limitation of damages contained therein.

**SEVENTH DEFENSE**

7. Defendants further plead that if Plaintiff is entitled to any recovery, which these Defendants specifically deny, the costs and interest awarded will be fixed pursuant to La. R.S. 13:5112.

**EIGHTH DEFENSE**

8. Defendants further plead that no claim is available to Plaintiff for the alleged violation of Civil Rights of Plaintiff as all Policies, Procedures and Protocols put in place by Turn Key were appropriate and met the applicable standard of care for policies or procedures in the correctional environment.

**NINTH DEFENSE**

9. Defendants further plead all available defenses of sovereign, absolute, and/or qualified immunity under Louisiana or Federal law.

## TENTH DEFENSE

10. Plaintiff failed to mitigate any and all damages he claims are due and as a result any recovery shall be reduced or limited accordingly.

## ELEVENTH DEFENSE

11. Plaintiff is not entitled to recover punitive damages or attorneys' fees.

## TWELFTH DEFENSE

12. Defendants further pleads they are entitled to all benefits of the Louisiana Medical Malpractice Act, La. R.S. 1231.1 *et seq.*

13. This Defendant demands a trial by jury.

Wherefore, Defendants, Turn Key Health Clinic and Joyce Brown, NP, pray their answer be deemed good and sufficient and that after due proceedings are had, there be judgment in their favor, dismissing all claims asserted by Plaintiff, with prejudice, at Plaintiff's cost and for any and all other just and equitable relief. Defendants demands a trial by jury.

Respectfully Submitted,

**FRILOT L.L.C.**

*/S/ Carl E. Hellmers, III*
**CARL E. HELLMERS, III (25705)**
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163
Phone: (504) 599-8035
Facsimile: (504) 599-8156
**Attorneys for Defendants,**
**Turn Key Health Clinic and Joyce Brown, NP**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 10th day of May 2024, I have filed a copy of the foregoing pleading with the CM/ECF system, which will send notice of electronic filing to all counsel of record.

*/S/ Carl E. Hellmers, III*