Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

UNITED STATES DISTRICT COURT
for the
Middle District of Louisiana

U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
FILED    FEB 2 6 2025
CLERK

| | |
|---|---|
| Paul C. Jones | ) Case No. 24-178-JWD-RLB |
| | ) *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | ) |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) Jury Trial: *(check one)* ☑ Yes ☐ No |
| -v- | ) |
| | ) |
| See attached | ) |
| *Defendant(s)* | ) |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) |

# FIRST AMENDED COMPLAINT

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Paul C. Jones |
| Street Address | 153 N.17th Street |
| City and County | Baton Rouge, E.B.R. Parish |
| State and Zip Code | Louisiana 70802 |
| Telephone Number | 225-441-7280 |
| E-mail Address | pconjones1@yahoo.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | La. Department of Health, Office of Behavioral Health |
| Job or Title *(if known)* | Government Agency |
| Street Address | 628 N. 4th Street |
| City and County | Baton Rouge, E.B.R. Parish |
| State and Zip Code | 70802 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | State of Louisiana |
| Job or Title *(if known)* | Government |
| Street Address | 8585 Archives Avenue |
| City and County | Baton Rouge, E.B.R. Parish |
| State and Zip Code | Louisiana 70809 |
| Telephone Number | 225-922-2880 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | La. Office of Risk Mamnagement |
| Job or Title *(if known)* | Government Agency |
| Street Address | 1201 N. Third Street, Ste. 7-210 |
| City and County | Baton Rouge, E.B.R. Parish |
| State and Zip Code | Louisiana 70802 |
| Telephone Number | 225-342-7000 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Eastern Louisiana Mental Health Systems (E.L.M.H.S.) |
| Job or Title *(if known)* | Government Subdivision |
| Street Address | 4502 Highway 951 |
| City and County | Jackson, |
| State and Zip Code | Louisiana 70748 |
| Telephone Number | 225-634-0216 |
| E-mail Address *(if known)* | Andi.Anders@la.gov |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 5

| | |
|---|---|
| Name | Bureau of Protective Services/Adult Services |
| Job or Title *(if known)* | Government Subdivision |
| Street Address | 628 N. 4th Street |
| City and County | Baton Rouge, E.B.R. Parish |
| State and Zip Code | 70802 |
| Telephone Number | 225-922-2604 |
| E-mail Address *(if known)* | |

Defendant No. 6

| | |
|---|---|
| Name | Rebekah E. Gee |
| Job or Title *(if known)* | Former Secretary/ La. Dept. of Health |
| Street Address | 628 N. 4th Street |
| City and County | Baton Rouge, E.B.R. Parish |
| State and Zip Code | Louisiana 70802 |
| Telephone Number | 225-342-9500 |
| E-mail Address *(if known)* | |

Defendant No. 7

| | |
|---|---|
| Name | Laura B. Lott |
| Job or Title *(if known)* | CEO/ E.L.M.H.S. |
| Street Address | 4502 Highway 951 |
| City and County | Jackson, East Feliciana Parish |
| State and Zip Code | Louisiana 70748 |
| Telephone Number | 225-634-0216 |
| E-mail Address *(if known)* | |

Defendant No. 8

| | |
|---|---|
| Name | Paula Jones |
| Job or Title *(if known)* | Major/ E.L.M.H.S. |
| Street Address | 4502 Highway 951 |
| City and County | Jackson, East Feliciana Parish |
| State and Zip Code | Louisiana 70748 |
| Telephone Number | 225-634-0216 |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 9

    Name                            Richard Bethley

    Job or Title *(if known)*    Legal Rights Supervisor/ E.L.M.H.S.

    Street Address           4502 Highway 95

    City and County         Jackson, East Feliciana Parish

    State and Zip Code      Louisiana 70748

    Telephone Number     225-634-0216

    E-mail Address *(if known)*

Defendant No. 10

    Name                            Pamela Scott

    Job or Title *(if known)*    CGT/ E.L.M.H.S.

    Street Address           4502 Highway 95

    City and County         Jackson, East Feliciana Parish

    State and Zip Code      Louisiana 70748

    Telephone Number     225-634-0216

    E-mail Address *(if known)*

Defendant No. 11

    Name                            Robert Kelly

    Job or Title *(if known)*    CGT/ E.L.M.H.S.

    Street Address           4502 Highway 951

    City and County         Jackson, East Feliciana Parish

    State and Zip Code      Louisiana 70748

    Telephone Number     225-634-0216

    E-mail Address *(if known)*

Defendant No.

    Name                            Paula Jones

    Job or Title *(if known)*    Major/ E.L.M.H.S.

    Street Address           4502 Highway 951

    City and County         Jackson, East Feliciana Parish

    State and Zip Code      Louisiana 70748

    Telephone Number     225-634-0216

    E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 12

| | |
|---|---|
| Name | John Roberts III, |
| Job or Title *(if known)* | Psychiatrist/Director/ E.L.M.H.S. |
| Street Address | 4502 Highway 95 |
| City and County | Jackson, East Feliciana Parish |
| State and Zip Code | Louisiana 70748 |
| Telephone Number | 225-634-0216 |
| E-mail Address *(if known)* | |

Defendant No. 13

| | |
|---|---|
| Name | Tunsha L. Harris |
| Job or Title *(if known)* | Nurse Manager/Director/ E.L.M.H.S. |
| Street Address | 4502 Highway 95 |
| City and County | Jackson, East Feliciana Parish |
| State and Zip Code | Louisiana 70748 |
| Telephone Number | 225-634-0216 |
| E-mail Address *(if known)* | |

Defendant No. 14

| | |
|---|---|
| Name | Chris Braggs |
| Job or Title *(if known)* | Patient/ E.L.M.H.S. - Forensic Division |
| Street Address | 4502 Highway 951 |
| City and County | Jackson, East Feliciana Parish |
| State and Zip Code | Louisiana 70748 |
| Telephone Number | 225-634-0216 |
| E-mail Address *(if known)* | |

Defendant No. 15

| | |
|---|---|
| Name | Melvin Clouds |
| Job or Title *(if known)* | Patient/ E.L.M.H.S.- Forensic Division |
| Street Address | 4502 Highway 951 |
| City and County | Jackson, East Feliciana Parish |
| State and Zip Code | Louisiana 70748 |
| Telephone Number | 225-634-0216 |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 16

    Name                            Turn Key Health Clinics

    Job or Title *(if known)*      Corporation

    Street Address           900 NW 12th Street

    City and County         Oklahoma City, Oklahoma County

    State and Zip Code     Oklahoma 73106

    Telephone Number     405-516-0276

    E-mail Address *(if known)*

Defendant No. 17

    Name                            Jon Echols

    Job or Title *(if known)*      CEO/ Turn Key Health Clinics

    Street Address           900 NW 12th Street

    City and County         Oklahoma City, Oklahoma County

    State and Zip Code     Oklahoma 73106

    Telephone Number     405-516-0276

    E-mail Address *(if known)*

Defendant No. 18

    Name                            Jordan Robinson

    Job or Title *(if known)*      Director/ Turn Key Health Clinics - E.B.R.P.P.

    Street Address           2867 Brig. General Issac Smith Avenue

    City and County         Scotlandville, E.B.R. Parish

    State and Zip Code     Louisiana, 70807

    Telephone Number     225-355-3311

    E-mail Address *(if known)*

Defendant No. 19

    Name                            Joyce Brown

    Job or Title *(if known)*      NP/Initial Patient Screener/ Turn Key Health Cliniics - E.B.R.P..P.

    Street Address           2867 Brig. General Issac Smith Avenue

    City and County         Scotlandville, E.B.R. Parish

    State and Zip Code     Louisiana, 70807

    Telephone Number     225-355-3311

    E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☑ Federal question          ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.      If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

U.S.C.A. 14th Amendment, 8th Amendment, and such others deemed applicable to facts of case
28 USC 1331; 42 USC 1983
28 USC 1332; 28 USC 1367 and such other statutes, treaties and/or provisions applicable to facts of case

### B.      If the Basis for Jurisdiction Is Diversity of Citizenship

1.      The Plaintiff(s)

a.      If the plaintiff is an individual

The plaintiff, *(name)*  Paul C. Jones                    , is a citizen of the State of *(name)*  State of Louisiana          .

b.      If the plaintiff is a corporation

The plaintiff, *(name)*  none                    , is incorporated under the laws of the State of *(name)*  N/A                    , and has its principal place of business in the State of *(name)*

N/A                    .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.      The Defendant(s)

a.      If the defendant is an individual

The defendant, *(name)*  Jon Echols                    , is a citizen of the State of *(name)*  Oklahoma          . Or is a citizen of *(foreign nation)*  N/A                    .

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.     If the defendant is a corporation

The defendant, *(name)* Turn Key Health                                , is incorporated under
the laws of the State of *(name)* Oklahoma                                , and has its
principal place of business in the State of *(name)* Oklahoma                    .
Or is incorporated under the laws of *(foreign nation)* N/A                        ,
and has its principal place of business in *(name)* N/A                         .

*(If more than one defendant is named in the complaint, attach an additional page providing the
same information for each additional defendant.)*

3.     The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at
stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$36,500,000.00 dollars economic damages, non economic damages and punitive damages

## III.     Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the
facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was
involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including
the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and
write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See: "Affidavit Statement" filed in Court along with Original Complaint

## IV.     Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal
arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include
the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any
punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or
punitive money damages.

Award $36,500,000.00 dollars economic damages, non economic damages and punitive damages; Declaratory
relief; Emergency Relief funds; Expedited Processes and such other relief available and arise out of this case.
The amount in controversy is justifiable and can be supported by different forms. Respective Defendants were
deliberate indifferent, reckless and/or committed intentional acts with blatant disregard for Plaintiff. Other
Defendants were not properly trained, supervised and/or failed to act/protect. Turn Key Health and State
government has a history of substandard care for incarcerated persons and responsible for a host of complained
violations. Plaintiff has and continue to suffer emotionally, physically and mentally because of Defendants.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Considering the claims in this complaint and parties involved in suit, justifies maximum awards by Court. As of this day, Plaintiff still suffers pain. Physicians determined neccessary lifetime prescription medication and no cure for loss vision. Plaintiff is in need of funds for future care and multiple surgery procedures to prevent more harm. Plaintifff has struggled to maintain and/or obtain gainful employment. Plaintiff's life has been totally changed because of these claims and no amount of money could restore Plaintiff.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        02/26/2025

Signature of Plaintiff

Printed Name of Plaintiff    Paul C. Jones

### B.    For Attorneys

*153 N. 17TH Street*
*Baton Rouge, La 70802*
*(225) 441-7280*
*pcoajones1@yahoo.com*

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address