UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| PAUL C. JONES | CIVIL ACTION |
| VERSUS | NO. 24-178-JWD-RLB |
| EASTERN LOUISIANA MENTAL HEALTH SYS., ET AL. | |

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated June 25, 2025 (Doc. 46), to which no objection was filed;

**IT IS ORDERED** that the plaintiff's Motion to Transfer (Doc. 44) is denied, and that this matter is referred back to the Magistrate Judge for further proceedings herein with regards to remaining defendants Turn Key Health and Joyce Brown.

Signed in Baton Rouge, Louisiana, on July 28, 2025.

_____
JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA