# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

PAUL C. JONES                                                      CIVIL ACTION

VERSUS                                                             NO. 24-178-JWD-RLB

DEPARTMENT OF HEALTH, ET AL.

## AMENDED SCHEDULING ORDER

The following scheduling deadlines are hereby amended:

1.    Deadline to file motions in limine is reset to **October 19, 2026.**

2.    Deadline to file an affidavit of settlement efforts is reset to **November 2, 2026.**

3.    Pre-trial conference date **is continued and reset for October 29, 2026 at 1:30 p.m.** by video before the Honorable John W. deGravelles.

4.    Deadline to submit joint jury instructions, voir dire, and verdict forms is reset to **November 16, 2026**.

      **The information regarding the Honorable John W. deGravelles' pretrial order may be found on the court's website at (**https://www.lamd.uscourts.gov**) under "Judges' Info."**

5.    A **3-day jury beginning** on April 27, 2026 in Courtroom 1 **is continued and reset to begin on December 7, 2026 at 9:00 a.m. in courtroom 1.**

IT IS SO ORDERED.

Signed in Baton Rouge, Louisiana, on <u>March 12, 2026</u>.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**