**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

**EMMANUEL GERARD VERSUS**
**SELENE FINANCE LP PAUL C. JONES**                    **CIVIL ACTION NO.**

**VERSUS**                                              **24-178-JWD-RLB**

**EASTERN LOUISIANA MENTAL**
**HEALTH SYS., ET AL.**

<u>**OPINION**</u>

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated May 20, 2026 (Doc. 61), to which no objection was filed;[1]

**IT IS ORDERED** that the Motion for Summary Judgment (R. Doc. 53) is **GRANTED**.

**IT IS FURTHER ORDERED** that TURN KEY HEALTH CLINIC, LLC, and JOYCE BROWN, NP, are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the Court declines to exercise supplemental jurisdiction over any state law claims and that this matter shall be **CLOSED**.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on <u>July 14, 2026</u>.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] The Court notes that the report and recommendation was returned but the Plaintiff has not updated his address with the Court or filed anything in this matter since May 2025 and that it is the Plaintiff's responsibility to keep his address updated with the Court.
.